IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEONDRICK JONES**                                                **PETITIONER**

**v.**                                                     **Civil No. 1:25-cv-345-HSO-MTP**

**BRAND HUFFMAN**                                           **RESPONDENT**

## ORDER GRANTING PLAINTIFF DEONDRICK JONES'S MOTION [11] TO VOLUNTARILY DISMISS

Pro se Petitioner Deondrick Jones's ("Petitioner" or "Jones") Motion [11] seeks voluntary dismissal of his Amended Petition [7] for Habeas Corpus. Petitioner is incarcerated at the South Mississippi Correctional Institution in Leakesville, Mississippi, *see* Attach. [11-1], and he filed the original Petition [1] on October 7, 2025, in the United States District Court for the Northern District of Mississippi (the "Northern District"), *see* Pet. [1] at 1.  Petitioner later amended the Petition [1] on October 23, 2025.  *See* Am. Pet. [7].  The record reflects that the Northern District transferred the case to this Court, which was filed on November 18, 2025.  Petitioner now moves to voluntarily dismiss this case in order to comply with exhaustion requirements.  Mot. [11]

Voluntary dismissals are governed by Federal Rule of Civil Procedure 41(a), which provides, in pertinent part, that "[e]xcept as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper."  Fed. R. Civ. P. 41(a)(2).  The Court finds that the

Motion [11] is proper under Federal Rule of Civil Procedure 41(a) and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that pro se Petitioner Deondrick Jones's Motion [11] is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**.  The Court will enter a separate final judgment in accordance with Federal Rule of Civil Procedure 58.

**SO ORDERED AND ADJUDGED**, this the 20th day of November, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE