IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**DEONDRICK JONES**                                            **PETITIONER**

**v.**                                                                  **Civil No. 1:25-cv-345-HSO-MTP**

**BRAND HUFFMAN**                                        **RESPONDENT**

## FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

In accordance with the Order entered this date granting pro se Petitioner Deondrick Jones's Motion [11] to Voluntarily Dismiss, the Court hereby enters judgment pursuant to Federal Rules of Civil Procedure 58. Accordingly,

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that this case is **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED AND ADJUDGED**, this the 20th day of November, 2025.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
CHIEF UNITED STATES DISTRICT JUDGE